Steven R. Williams #73174
Nicholas R. Ruiz #300419
**WILLIAMS, BRODERSEN, PRITCHETT & BURKE LLP**
2222 West Main Street
Visalia, California 93291
Telephone: (559) 635-9000
Facsimile: (559) 635-9085
*E-mail: nicholas@visalialawyers.com*

Attorneys for Defendant IVAN RAY GOERTZEN
and MARGIE ANN ELLIS GOERTZEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, <br><br> Plaintiff, <br><br> vs. <br><br> SHARI GOERTZEN, et al., <br><br> Defendants. | Case No. 1:20-CV-00675-DAD-JLT <br><br> **STIPULATION AND PROPOSED ORDER TO CONTINUE THE SCHEDULING CONFERENCE HEARING SET FOR SEPTEMBER 28, 2020** <br> **(Doc. 12)** |

Plaintiff, Sun Life Assurance Company of Canada, and Defendants, Shari Goertzen, Kristi Hartsfield, Ivan Ray Goertzen, and Margie Ann Ellis-Goertzen, through their respective attorneys, hereby stipulate and request that the court continue the September 28, 2020 Scheduling Conference for thirty (30) days or as shortly thereafter as available on the court's calendar. Parties have met and conferred and are working towards settling and dismissing the case. Therefore, the request for a continuance is based upon the parties' anticipation that the action will be settled and dismissed prior to the continued hearing date, thereby preventing waste of the court's time and resources.

Respectfully submitted,

Dated:  September 22, 2020        **Williams, Brodersen, Pritchett & Burke LLP**

By _____/s/_____
   Steven R. Williams
   Nicholas R. Ruiz
   Attorneys for Defendant IVAN RAY
   GOERTZEN and MARGIE ANN ELLIS
   GOERTZEN

Dated:  September 22, 2020        **Ogletree, Deakins, Nash, Smoak & Stewart, PC**

By _____/s/_____
   Sean P. Nalty
   Attorneys for Plaintiff SUN LIFE
   ASSURANCE COMPANY OF CANADA

Dated:  September 22, 2020        **Clifford & Brown**

By _____/s/_____
   John Szewczyk
   Attorneys for SHARI GOERTZEN and
   KRISTI HARTSFIELD

**ORDER**

Based upon the stipulation of the parties, the scheduling conference is CONTINUED to November 2, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **September 22, 2020**            **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Williams, Brodersen, Pritchett & Burke LLP**
2222 West Main Street & Burke
Visalia. CA 93291

3
STIPULATION AND PROPOSED ORDER