# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, </br></br> Plaintiff, </br></br> v. </br></br> SHARI GOERTZEN, et al., </br></br> Defendants. | Case No.: 1:20-cv-00675 DAD JLT </br></br> ORDER AFTER NOTICE OF SETTLEMENT </br></br> (Doc. 15) |

The parties report they had come to terms of settlement. (Doc. 15) They indicate they will seek dismissal of the action soon. Id. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 3, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **November 4, 2020**         /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE