**UNITED STATES DISTRICT COURT**

**EASTERN DISRICT OF CALIFORNIA**

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA<br><br>Plaintiff,<br><br>v.<br><br>SHARI GOERTZEN, et al.,<br><br>Defendants. | Case No. 1:20-cv-00675 DAD-JLT<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF SUN LIFE ASSURANCE COMPANY OF CANADA'S REQUEST TO EXTEND THE MARCH 3, 2021 DEADLINE TO FINALIZE THE SETTLEMENT IN THIS MATTER TO MARCH 24, 2021**<br>(Doc. 18) |

The request of the plaintiff to extend the deadline to file the stipulated dismissal to March 24, 2021, is GRANTED.

IT IS SO ORDERED.

Dated:   **March 2, 2021**              **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE