Sean P. Nalty CA Bar No. 121253
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:    415.442.4810
Facsimile:     415.442.4870

ATTORNEYS FOR PLAINTIFF
SUN LIFE ASSURANCE COMPANY OF CANADA

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISRICT OF CALIFORNIA

| | |
|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA<br><br>Plaintiff,<br><br>v.<br><br>SHARI GOERTZEN, KRISTI HARTSFIELD, IVAN RAY GOERTZEN, and MARGIE ANN ELLIS GOERTZEN<br><br>Defendant. | Case No. 1:20-cv-00675 JLT<br><br>**[PROPOSED] JUDGMENT ON SUN LIFE ASSURANCE COMPANY'S DECLARATORY RELIEF COMPLAINT BASED ON THE STIPULATION OF THE PARTIES**<br>(Doc. 20) |

Based on the stipulated facts and conclusions by the parties to this action filed concurrently with this Judgment, and Good Cause appearing therefor, the Court hereby enters Judgment in favor of Sun Life Assurance Company of Canada on its Complaint for Declaratory Relief and makes the following findings and conclusions as part of the Judgment based on the stipulation of the Parties:

1.   On August 16, 1992, Sun Life issued to Ivan Goertzen ("Ivan"), as policy owner and insured, an individual life insurance policy, no. 9269612, with a Face Amount of One Hundred Thousand Dollars ($100,000.00) ("the Policy").

2.      On July 2, 2018, Sun Life received a beneficiary change form dated July 2, 2018 which named Ivan's daughters, Shari Goertzen ("Shari") and Kristi –Hartsfield ("Kristi"), as irrevocable beneficiaries under the Policy ("2018 Beneficiary Change").

3.      On July 3, 2018, Sun Life accepted the 2018 Beneficiary Change and sent a confirmation letter to Ivan.

4.      On September 24, 2019, Sun Life received a beneficiary change form, dated September 22, 2019, naming Ivan's new wife Margie Ann Ellis Goertzen ("Margie") as the Policy's sole primary beneficiary. ("2019 Beneficiary Change").

5.      The 2018 Beneficiary Change, which names Ivan's daughters, Shari and Kristi as irrevocable beneficiaries under the Policy, is the proper and enforceable beneficiary designation under the Policy and can be relied on by Sun Life in all respects, including in the administration of the Policy and/or the payment of any benefits under the Policy. This irrevocable beneficiary designation cannot be changed without the written consent of Shari and Kristi.

6.      The 2019 Beneficiary Change dated September 22, 2019, naming Ivan's new wife Margie as sole beneficiary under the Policy, is invalid and unenforceable and should not be relied on by Sun Life in any respect. Margie is not now, and never has been, a beneficiary under the Policy.

7.      Since July 2, 2018, Shari Goertzen and Kristi Hartsfield have been, and continue to be, the irrevocable beneficiaries under the Policy.

Accordingly, the Court enters Judgment in this matter in favor of Sun Life as stated above. The Parties are responsible for their own attorney's fees and costs.

DATED: March 22, 2021

_____
THE HONORABLE JENNIFER L. THURSTON
MAGISTRATE JUDGE